DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES A. GRIGGLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1434
_____

December 12, 2025

Appeal from the County Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.